IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MASSACHUSETTS BAY INS. CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-cv-00939 |
| | ) |
| UNITED SERVICES AUTOMOBILE ASSOCIATION d/b/a "USAA" | ) Judge Waverly D. Crenshaw, Jr. |
| | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02 of the United States District Court for the Middle District of Tennessee, the undersigned counsel for United Services Automobile Association ("USAA"), in the above captioned action, certifies that USAA is a Texas corporation. It is not publicly held. USAA is a reciprocal interinsurance exchange domiciled in Texas that is an unincorporated association. USAA has no parent corporation in Tennessee and is not a publicly traded company.

Respectfully submitted this 22nd day of November, 2017.

BATSON NOLAN PLC

By: /s/ Dan L. Nolan
J. Matthew Miller, BPR No. 019505
Dan L. Nolan, BPR No. 003070
Counsel for Defendant
121 South Third Street
Clarksville, Tennessee 37040
(931) 647-1501

1

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been delivered to the following persons via U.S. Mail, the Court's electronic filing system or other appropriate means:

    Brent S. Usery
    Spicer, Rudstrom, PPLC
    414 Union Street, Suite 1700
    Nashville, TN 37219
    *Counsel for Plaintiff*

on this   22nd   day of November , 2017.

           BATSON NOLAN PLC

           By: /s/ Dan L. Nolan