IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MASSACHUSETTS BAY INS. CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-cv-00939 |
| | ) |
| UNITED SERVICES AUTOMOBILE ASSOCIATION d/b/a "USAA" | ) Judge Waverly D. Crenshaw, Jr. |
| | ) |
| | ) |
| Defendant. | ) |

**AGREED ORDER OF DISMISSAL**

Counsel for these respective Parties do now jointly announce and acknowledge unto the Court that these Parties are in agreement that this Court lacks subject matter jurisdiction in this matter and that the pending action must be dismissed without prejudice, and then refiled in the state circuit court for Montgomery County, Tennessee where subject matter jurisdiction exists. Counsel do each further acknowledge and announce that all issues previously raised by the Plaintiff by which the Plaintiff sought sanctions, costs, and/or attorney fees against the Defendant have been fully resolved by agreement of counsel such that the Plaintiff's request for the same is now withdrawn. There being no other issues before this Court, the Parties do move the Court to accept and enter this Order of Dismissal as the Order of this Court.

WHEREFORE, the same being conveyed unto the Court, the Court finds the Defendant's previously filed motion to dismiss to be well taken, and it does accept the Parties' Agreed Order and does dismiss this action now in its entirety, without prejudice to refiling. As Plaintiff's previously filed motion seeking sanctions, costs, and attorney fees has been fully resolved and is withdrawn, no sanctions, costs, or attorney fees are awarded.

1

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE